IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR DEAN JOHNSON, (TDCJ-CID #030772933)<br>Plaintiff, | §<br>§<br>§<br>§ |
| vs. | § CIVIL ACTION H-10-2211 |
| DR. GONDERIA, et al.,<br>Defendants. | §<br>§<br>§<br>§ |

## MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding *pro se*, brings this action against Texas prison officials who reside in Lubbock County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Montford Psychiatric Unit, where he is confined and which is located in Lubbock County, Texas. He complains that he is being forcefully medicated.

In the interest of justice and for the convenience of the parties and witnesses, this case is TRANSFERRED to the United States District Court for the Northern District of Texas, Lubbock Division. 28 U.S.C. §§ 1391, 1404(a).

SIGNED at Houston, Texas, on June 24, 2010.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2010\10-2211.a01.wpd